The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARVIN J. GREGORY,<br><br>            Plaintiff,<br><br>    v.<br><br>LUCI M. ROBERTS,<br><br>            Defendant. | NO. C04-5901 FDB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE OF DISCOVERY DEADLINES |

This Court, having considered Defendant's Motion for Continuance of Discovery Deadlines, and the records on file herein, does hereby enter the following

ORDER:

1.    Defendant's motion to continue discovery is GRANTED;

2.    The November 1, 2005, initial discovery deadlines shall be continued to 30 days after a decision is rendered on the defendant's motion for summary judgment.

The Clerk of the Court is directed to send copies of this order to all parties of record.

DONE IN OPEN COURT this 3rd day of October 2005.

/s/ Franklin D Burgess
Judge

Presented by:
ROB MCKENNA
Attorney General

/s/Jennifer S. Meyer
JENNIFER S. MEYER, WSBA #27057
Assistant Attorney General
Attorneys for Defendant State

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2005, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

I hereby certify that on September 23, 2005, I caused to be delivered via United States Postal Service, postage prepaid, the foregoing document to the following:

MARVIN GREGORY
3626 ANGEL FLATS WAY
VALLEY, WA  99181

/s/Jennifer Meyer
JENNIFER MEYER, WSBA #27057
Assistant Attorney General
Tort Claims Division
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600